UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA EVANS,<br><br>               Plaintiff,<br><br>     v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC, a debt collection agency,<br><br>               Defendant. | NO: 12-CV-3009-TOR<br><br>ORDER GRANTING MOTION TO DISMISS |

Before the Court is the parties' Joint Motion to Dismiss With Prejudice Pursuant to Settlement (EFC No. 5).  The motion was heard without oral argument.

The parties stipulate that the above-captioned matter be dismissed with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED**:

The parties' Joint Motion to Dismiss with Prejudice Pursuant to Settlement (ECF No. 5) is **GRANTED** without costs to either party.

ORDER GRANTING MOTION TO DISMISS ~ 1

1 The District Court Executive is directed to enter this Order, provide copies
2 to counsel, and close the file.
3    **DATED** this 23rd day of March, 2012.

                              *s/ Thomas O. Rice*

                              THOMAS O. RICE
                              United States District Judge